1

Darius F. Rafie, Esq.
Nevada Bar No. 6465

2

**MORTENSON & RAFIE, LLP**
10781 W. Twain Avenue

3

Las Vegas, NV 89135
Ph:  (702) 363-4190

4

Fax: (702) 363-4107
E-mail: cmcorwin@nvlaw.us

5

Attorneys for Plaintiffs

6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8

SELENE FINANCE, L.P.; a Limited
Partnership

Case No.:   2:15-CV-00926-RFB-VCF

9

10

Plaintiffs,

**STIPULATION AND ~~[PROPOSED]~~**
**ORDER TO EXTEND DEADLINE FOR**
**DEFENDANT HOLM INTERNATIONAL**
**PROPERTIES TO FILE AND SERVE ITS**
**ANSWER TO PLAINTIFF'S**
**COMPLAINT**

11

12

v.

13

MAX HOLM, an individual

14

Defendants.

15

16

  Whereas Defendant, Max Holm, (hereafter " Defendant") retained Mortenson & Rafie,

17

LLP, on June 9, 2015 and Plaintiff, Selene Financing, L.P. ( hereafter " Plaintiff"), by and

18

through their counsel, have agreed to extend the time for Defendant to file and serve its answer

19

to Plaintiff's Complaint; and

20

  Whereas, Defendant was required to respond to Plaintiff's Complaint by June 11, 2015.

21

  Whereas no previous extension of the deadline for the Defendant to file and serve its

22

answer to the Plaintiff's Complaint have been granted.

23

//

24

//

25

//

1

It is Hereby Stipulated and Agreed, by and between the Plaintiff and the Defendant, by and through their respective counsel that the deadline for the Defendant to file and serve its answer to the Plaintiff's Complaint be extended to June 18, 2015

Dated this 10th day of June, 2015.

MORTENSON & RAFIE, LLP                    AKERMAN LLP

/s/Peter B. Mortenson, Esq.               /s/ Steve Shevorski, Esq.
Peter B. Mortenson, Esq.                  Steve Shevorski, Esq.
Nevada Bar No. 5725                       Nevada Bar No. 8526
10781 W. Twain Avenue                     1160 Town Ctr. Dr. # 330
Las Vegas, NV 89135                       Las Vegas, NV 89144
Attorneys for Defendant                   Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the deadline for Defendant Max Holm to file and serve his answer to the Plaintiff's Complaint ( Doc # 1) be and hereby is extended to June 18, 2015 at 11:59p.m.

Dated this 11th day of June, 2015

_____
UNITED STATES MAGISTRATE JUDGE