# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SELENE FINANCE, L.P., | |
| Plaintiff, | 2:15-cv-00926-RFB-VCF |
| vs. | **ORDER** |
| MAX HOLM, | |
| Defendant. | |

Before the court is the Stipulation and Order to Extend Deadline for Defendant Max Holm to file and Serve its Answer to Plaintiff's Complaint. (#10).

IT IS HEREBY ORDERED that a telephonic hearing on the Stipulation and Order to Extend Deadline for Defendant Max Holm to file and Serve its Answer to Plaintiff's Complaint (#10) is scheduled for 10:00 a.m., July 24, 2015. The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 9th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE