ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Dr., Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Selene Finance L.P.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SELENE FINANCE L.P., a Limited Partnership,<br><br>                    Plaintiff,<br>v.<br><br>MAX HOLM, an individual,<br><br>                    Defendants. | Case No. 2:15-cv-00926-RFB-VCF<br><br>**NOTICE OF DISASSOCIATION** |

Plaintiff Selene Finance L.P., by and through its attorneys of record, the law firm Akerman LLP, hereby gives notice that Steve Shevorski, Esq. is no longer an attorney associated with Akerman LLP.

Akerman LLP will continue to represent Plaintiff and requests that Ariel E. Stern, Esq. and Tenesa Scaturro, Esq. receive all future notices.

DATED: February 20, 2017.

**AKERMAN LLP**

/s/  Tenesa S. Scaturro, Esq.
_____
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Selene Finance L.P.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-21-2017

{40879032;1} 1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2017 and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing, **NOTICE OF DISASSOCIATION**, postage prepaid and addressed to:

Darius F. Rafie, Esq.
Peter B. Mortenson
**Mortenson & Rafie, LLP**
10781 W. Twain Avenue
Las Vegas, NV 89135
702-363-4190
702-363-4107 (fax)
cmcorwin@nvlaw.us
pmortenson@nvlaw.us

*Attorneys for Max Holm*

                                                /s/ *Renee Livingston*
                                                An employee of AKERMAN LLP

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572