AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Selene Finance, L.P.,

           Plaintiff,

  v.

Max Holm,

           Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:15-cv-00926-RFB-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff. The Court declares that Plaintiff's senior deed of trust remained an encumbrance on the property at the time of the foreclosure sale and that Defendant purchased the property subject to the senior deed of trust

5/20/2019
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk